**Rule 1063.   Commencement of Action.**

The action shall be commenced by filing **a complaint** with the prothonotary**.**

      **[(1)     a complaint, or**

      **(2)     an agreement for an amicable action.]**


**Rule 1093.   Commencement of Action.**

An action may be commenced by filing **a complaint** with the prothonotary**.**

      **[(1)     a complaint, or**

      **(2)     an agreement for an amicable action.]**